■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE BELK, Appellant. — Judgment unanimously affirmed (see *People v Esteves,* 41 NY2d

826). (Appeal from judgment of Supreme Court, Erie County, Kasler, J. — manslaughter, first degree.) Present — Hancock, Jr., J. P., Callahan, Doerr, Boomer and Moule, JJ.